UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------X

DR. KIMBERLY ANN KOHLHAUSEN,

                                        Plaintiff,

                    -against-


SUNY ROCKLAND COMMUNITY COLLEGE,
THE COUNTY OF ROCKLAND, THE BOARD OF
TRUSTEES OF SUNY ROCKLAND COMMUNITY
COLLEGE, IAN BLAKE NEWMAN a/k/a IAN BLAKE          **NOTICE OF**
NEWHEM, individually and in his capacity as Coordinator/   **APPEARANCE**
Chair of the English Department and Chairperson of the
Humanities, Social and Behavioral Science Division,        10-Civ.-03168
CLIFFORD L. WOOD, individually and in his capacity as      (SCR) (GAY)
President of SUNY Rockland Community College, SUNY
ROCKLAND COMMUNITY COLLEGE FEDERATION
OF TEACHERS UNION, LOCAL 1871, CLIFFORD L.
GARNER, individually and in his capacity as President of the
SUNY Rockland Community College Federation of Teachers
Union, Local 1871 and Coordinator of the Sam Draper MTS
Program;  MARTHA ROTTMAN, individually and in her capacity
as Chair of the Humanities, Social and Behavioral Sciences Division.

                                        Defendants.

--------------------------------------------------------------------------------X


**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

        Please enter my appearance as counsel of record for defendants SUNY Rockland
Community College, the County of Rockland, the Board of Trustees of SUNY Rockland
Community College, Ian Blake Newhem, Clifford L. Wood and Martha Rottman.  I certify that I
am admitted to practice in the Southern District of New York.

**FORCHELLI, CURTO, DEEGAN,**
**SCHWARTZ, MINEO, COHN &**
**TERRANA, LLP**

/S/  James P. O'Brien, Jr.

By: _____
     James P. O'Brien, Jr. (JO-9373)

The Omni, 333 Earle Ovington Blvd., Suite 1010
Uniondale, New York 11553
(516) 248-1700
JObrien@ForchelliLaw.com

*Attorneys for Defendants*
 *SUNY Rockland Community College, the*
 *County of Rockland, the Board of Trustees of*
 *SUNY Rockland Community College,*
 *Ian Blake Newhem, Clifford L. Wood and*
 *Martha Rottman*

TO:   Eileen Burger, Esq.
      Mitchell Pollack & Associates, PLCC
      150 White Plains Road
      Tarrytown, New York 10591
      (914) 831-3128

      *Attorneys for Plaintiff*

      Jennifer Nicole Coffey, Esq.
      New York State United Teachers
      52 Broadway, 9th Floor
      New York, New York 1004
      (212) 533-6300

      *Attorneys for Defendants*
       *SUNY Rockland Community College Federation of*
       *Teachers Union, Local 1871 and Clifford L. Garner*

## CERTIFICATE OF SERVICE

This is to certify that on May 12, 2010, I caused a copy of the foregoing Notice of Appearance in the matter captioned as <u>Dr. Kimberly Ann Kohlhausen v. SUNY Rockland Community College, et al.</u>, 10-Civ-03168 (SCR)(GAY), to be served by regular mail on counsel for the parties as follows:

Eileen Burger, Esq.
Mitchell Pollack & Associates, PLCC
150 White Plains Road
Tarrytown, New York 10591
(914) 831-3128

*Attorneys for Plaintiff*

Jennifer Nicole Coffey, Esq.
New York State United Teachers
52 Broadway, 9th Floor
New York, New York 1004
(212) 533-6300

*Attorneys for Defendants*
 *SUNY Rockland Community College Federation of*
 *Teachers Union, Local 1871 and Clifford L. Garner*

/S/
_____
James P. O'Brien, Jr. (JO-9373)

Dated:  May 12, 2010